**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC RECYCLERS, INTERNATIONAL, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>E-WORLD RECYCLERS, LLC, a California limited liability company,<br><br>        Defendant. | 1:07-cv-0679 OWW<br><br>ORDER RE: REQUEST FOR EX PARTE APPLICATION TO CONDUCT LIMITED DISCOVERY RE JURISDICTIONAL ISSUES |

The ex parte application for order extending date of hearing and granting limited discovery, or in the alternative, shortening time to serve and hear motion to extend time of hearing and grant limited discovery was presented to the Court for decision August 10, 2007.

The Court has fully considered the application and being fully informed, makes the following findings and enters the following order.

In this case Defendant has filed a motion to dismiss or transfer on jurisdictional and venue grounds based on alleged insufficient in personam jurisdiction and improper venue.

1

1  Evidentiary development to support such motions is permitted under the provisions of the Federal Rules of Civil Procedure on such motions.

The Court will be aided by the parties' evidentiary showings in determining the motion.

For these reasons the following order is entered:

1. The parties shall have time to conduct limited discovery on jurisdictional and venue grounds through and including September 30, 2007.

2. Any opposition to the pending motion shall be filed by Plaintiffs by October 14, 2007.

3. Any reply to the motion shall be filed by October 22, 2007.

4. The motion shall be heard November 5, 2007, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   August 10, 2007              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE