**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ELECTRONIC RECYCLERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:07-cv-0679 OWW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **E-WORLD RECYCLERS, etc.,** | ) | **ORDER TRANSFERRING CASE** |
| | ) | **PURSUANT TO STIPULATION** |
| | ) | |
| **Defendant** | ) | |

**Pursuant to the stipulation submitted by the parties, this action is transferred to the United States District Court for the Southern District of California.** IT IS SO ORDERED.

**Dated:   September 27, 2007**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

1